1  Marc Van Der Hout (California Bar # 80778)
   Beth Feinberg (California Bar # 240857)
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone: (415) 981-3000
4  Facsimile: (415) 981-3003
   Email: ndca@vblaw.com
5

6                    E-filing

7  Attorneys for Petitioner
8  Bernard John HARRISON

9

10      UNITED STATES DISTRICT COURT FOR THE
11          NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION
12
                 CV  08        2519
13
   Bernard John HARRISON                            Case No: _____
14
               Petitioner,
15
           v.
16
   Rosemary MELVILLE, in her Official Capacity, District    **DECLARATION OF BETH**
17 Director, United States Department of Homeland Security,  **FEINBERG IN SUPPORT OF**
   United States Citizenship and Immigration Services, San   **PETITION FOR**
18 Francisco, California; Robin BARRETT, in her Official      **NATURALIZATION**
   Capacity, Field Officer Director, United States Citizenship **PURSUANT TO 8 U.S.C. §**
19 and Immigration Services, United States Department of      **1447(b)**
   Homeland Security, San Francisco, California; Jonathan
20 Scharfen, in his official Capacity, Acting Director, United
   States Citizenship and Immigration Services, United States
21 Department of Homeland Security; Michael CHERTOFF,
   in his Official Capacity, Secretary, United States          Immigration Case
22 Department of Homeland Security; Michael B.
   MUKASEY, in his Official Capacity, Attorney General,
23 United States Department of Justice; and Robert S.
   MUELLER, III, in his Official Capacity, Director, Federal   USCIS No.: A035-265-469
24 Bureau of Investigation
25            Respondents.
26

27

28

---
Declaration of Beth Feinberg

## DECLARATION OF BETH FEINBERG

I, Beth Feinberg, hereby declare the following:

1)    I am an Attorney at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104. I make this declaration in support of Petitioner Bernard John HARRISON's ("Petitioner") Petition for Naturalization. Unless otherwise stated, I received the documents described from Petitioner in connection with Van Der Hout, Brigagliano and Nightingale's representation of him in this case.

2)    Petitioner is a 58 year-old citizen and national of the United Kingdom. He has been a lawful permanent resident of the United States since August 8, 1976. Petitioner currently resides in San Francisco, California. A copy of Petitioner's lawful permanent resident status card is attached as Exhibit A.

3)    Petitioner filed an Application for Naturalization (Form N-400) with United States Citizenship and Immigration Services ("USCIS") on October 3, 2005. A copy of his naturalization application and receipt notice for Petitioner's application for naturalization (I-797) are attached as Exhibit B.

4)    Petitioner was fingerprinted in connection with his application for naturalization on November 4, 2005. A copy of proof that he completed his biometrics on November 4, 2005 is attached as Exhibit C.

5)    Petitioner had his naturalization interview before USCIS Officer Xiao in San Francisco, California on February 15, 2006. At the conclusion of the interview, Petitioner was informed that he had passed the naturalization examination but that a decision could not be made on his application because his case was "pending for security checks." A copy of the Naturalization Interview Results (Form N-652) is attached as Exhibit D.

6)    Petitioner has made multiple telephonic inquiries to USCIS regarding the status of his case. On February 23, 2007, Petitioner made a telephonic inquiry to USCIS regarding the status of his naturalization application. On February 26, 2007, USCIS issued a written response, stating that Petitioner's application had not yet been adjudicated because the background checks remained pending. A copy of USCIS's February 26, 2007 correspondence, referring Petitioner's February 23, 2007 telephonic inquiry is attached as Exhibit E.

7)    In February of 2007, Petitioner made an in-person inquiry with USCIS at the local San Francisco field office located on Washington Street in San Francisco, CA. He was informed that his application remained pending for fingerprint and name checks.

8)    In March of 2007, Petitioner contacted the office of United States Congresswoman Nancy Pelosi regarding the status of his pending naturalization application. On March 12, 2007, Congresswoman Pelosi's office responded to Petitioner indicating that because his naturalization case had been pending more than six months with the FBI, Congresswoman Pelosi's office would initiate a formal inquiry to the FBI. A copy of Petitioner's correspondence with Congresswoman Pelosi's office is attached as Exhibit F.

9)    On February 7, 2008, Petitioner submitted an Immigration Assistance Request Form with the office of United States Senator Dianne Feinstein for assistance in determining the status of his naturalization application. On February 22, 2008, Petitioner received a response from Senator Feinstein's office, stating that the USCIS inquiry would likely take eight to ten weeks. On April 18, 2008, Petitioner received a second response from Senator Feinstein's office, stating that the FBI indicated that Petitioner's name check was received on November 13, 2005 and was still pending. A copy of Petitioner's correspondence to Senator Feinstein and her office's responses are attached as Exhibit G.

10)    On February 7, 2008, also made a telephonic inquiry to USCIS regarding the status of his naturalization application.  At that time, Petitioner was informed by the USCIS officer that his case was still pending the FBI name check, and that it could remain in that status indefinitely.

11)    Well over 120 days have elapsed since Petitioner's February 15, 2006 naturalization interview – in fact, it has now been two years and three months.  His application for naturalization has not yet been adjudicated.


I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.  Executed this 16th day of May, 2008 at San Francisco, California.



Beth Feinberg
Declarant

Declaration of Beth Feinberg                                       3

## PERMANENT RESIDENT CARD

NAME HARRISON, BERNARD J



An 035-265-469
Birthdate    Category    Sex
04-25-50    IR6    M
Country of Birth
United Kingdom
05/08/15
Resident Since 08/08/76

```
C1USA0352654691WAC0580038967<<
5004254M1509083GBR<<<<<<<<<<<4
HARRISON<<BERNARD<J<<<<<<<<<<<
```



UNITED STATES OF AMERICA   Department of Homeland Security

## PERMANENT RESIDENT CARD

The person identified by this card is authorized to work and reside in the U.S.

EXHIBIT A

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt | **NOTICE DATE** October 15, 2005 |
| **CASE TYPE** N400    Application For Naturalization | **INS A#** A 035 265 469 |

| **APPLICATION NUMBER** WSC*001389651 | **RECEIVED DATE** October 03, 2005 | **PRIORITY DATE** October 03, 2005 | **PAGE** 1 of 1 |
|---|---|---|---|

**APPLICANT NAME AND MAILING ADDRESS**

BERNARD JOHN HARRISON
83 FOUNTAIN ST
SAN FRANCISCO CA  94114

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

|..|..|.|..|..|.|

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              April 25, 1950
Address Where You Live:     83 FOUNTAIN ST
                            SAN FRANCISCO CA 94114

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001491524

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



EXHIBIT B

OMB No. 1115-0009

U.S. Department of Justice
Immigration and Naturalization Service

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
|---|

Write your INS "A"- number here:
A 0 3 5 2 6 5 4 6 9

**A. Your current legal name.**

Family Name *(Last Name)*
HARRISON

Given Name *(First Name)*
BERNARD

Full Middle Name *(If applicable)*
JOHN

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*
HARRISON

Given Name *(First Name)*
BERNARD

Full Middle Name *(If applicable)*
JOHN

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| N/A | | |
| | | |

**D. Name change** *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☑ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

**FOR INS USE ONLY**

Bar Code                 Date Stamp

Remarks

Action

| Part 2. Information About Your Eligibility    *(Check Only One)* |
|---|

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 07/23/02)N

**Part 3. Information About You**

Write your INS "A"- number here:
A 0 3 5 2 6 5 4 6 9

A. Social Security Number

3 9 6 - 7 8 - 2 5 0 8

B. Date of Birth *(Month/Day/Year)*

0 4 / 2 5 / 1 9 5 0

C. Date You Became a Permanent Resident *(Month/Day/Year)*

0 8 / 0 8 / 1 9 7 6

D. Country of Birth

UNITED KINGDOM

E. Country of Nationality

UNITED KINGDOM

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*    ☐ Yes    ☑ No

G. What is your current marital status?    ☐ Single, Never Married    ☑ Married    ☐ Divorced    ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes    ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*    ☐ Yes    ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*    Apartment Number

83 FOUNTAIN STREET

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| SAN FRANCISCO | SAN FRANCISCO | CA | 94114 | USA |

B. Care of    Mailing Address - Street Number and Name *(If different from home address)*    Apartment Number

SAME

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

C. Daytime Phone Number *(If any)*

( 415 ) 285 7317

Evening Phone Number *(If any)*

( )

E-mail Address *(If any)*

BJHA@MINDSPRING.COM

Form N-400 (Rev. 07/23/02)N Page 2

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A 0 3 5 2 6 5 4 6 9

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☑ Male    ☐ Female

B. Height

6 Feet 1 Inches

C. Weight

176 Pounds

D. Are you Hispanic or Latino?    ☐ Yes    ☑ No

E. Race *(Select one or more.)*

☑ White    ☐ Asian    ☐ Black or African American    ☐ American Indian or Alaskan Native    ☐ Native Hawaiian or Other Pacific Islander

F. Hair color

☐ Black    ☑ Brown    ☐ Blonde    ☐ Gray    ☐ White    ☐ Red    ☐ Sandy    ☐ Bald (No Hair)

G. Eye color

☐ Brown    ☑ Blue    ☐ Green    ☐ Hazel    ☐ Gray    ☐ Black    ☐ Pink    ☐ Maroon    ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 04/1998 | Present |
|  | __/____ | __/____ |
|  | __/____ | __/____ |
|  | __/____ | __/____ |
|  | __/____ | __/____ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* From | To | Your Occupation |
|---|---|---|---|---|
| RETIRED |  | 01/2003 | PRESENT __/____ | RETIRED |
| FIRST FRANKLIN | 2150 NORTH FIRST ST., SAN JOSE, CA | 08/2002 | 01/2003 | SYSTEMS PROGRAMMER |
| RETIRED |  | 04/2000 | 08/2002 | RETIRED |
|  |  | __/____ | __/____ |  |
|  |  | __/____ | __/____ |  |

**Part 7.  Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 3 5 2 6 5 4 6 9

A.  How many total days did you spend outside of the United States during the past 5 years?    | 112 | days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?   | 6 | trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 07/14/2005 | 07/30/2005 | ☐ Yes ☑ No | SWITZERLAND | 16 |
| 12/31/2004 | 01/17/2005 | ☐ Yes ☑ No | UNITED KINGDOM, SPAIN | 17 |
| 07/16/2003 | 08/04/2003 | ☐ Yes ☑ No | SWITZERLAND, FRANCE, ITALY | 19 |
| 02/26/2003 | 03/18/2003 | ☐ Yes ☑ No | NEW ZEALAND | 20 |
| 01/31/2002 | 02/28/2002 | ☐ Yes ☑ No | NEW ZEALAND | 28 |
| 01/10/2001 | 01/22/2001 | ☐ Yes ☑ No | UNITED KINGDOM | 12 |
| 08/07/2000 | 08/12/2000 | ☐ Yes ☑ No | CANADA | 5 |
| 09/15/1999 | 09/22/1999 | ☐ Yes ☑ No | FRANCE | 7 |
| 01/12/1999 | 01/19/1999 | ☐ Yes ☑ No | UNITED KINGDOM | 7 |
| 07/05/1998 | 07/19/1998 | ☐ Yes ☑ No | SWITZERLAND | 14 |

**Part 8.  Information About Your Marital History**

A.  How many times have you been married (including annulled marriages)?   | 3 |   If you have NEVER been married, go to Part 9.

B.  If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
BIRDSALL

Given Name *(First Name)*
PAIGE

Full Middle Name *(If applicable)*
N/A

2. Date of Birth *(Month/Day/Year)*
04/06/1947

3. Date of Marriage *(Month/Day/Year)*
09/10/1993

4. Spouse's Social Security Number
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

5. Home Address - Street Number and Name
83 FOUNTAIN STREET

Apartment Number
N/A

City
SAN FRANCISCO

State
CALIFORNIA

ZIP Code
94114

PART 7C CONTINUED

| Date You Left the United States (Month Day Year) | Date You Returned to the United States (Month Day Year) | Did Trip Last 6 Months or More? | | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|---|
| 10.07.1997 | 10.14.1997 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 10.26.1996 | 11.02.1996 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 08.29.1995 | 09.19.1995 | ☐ Yes | ☑ No | SWITZERLAND, ITALY | 21 |
| 03.13.1995 | 03.20.1995 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 02.20.1994 | 02.27.1994 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 02.14.1993 | 02.21.1993 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 10.29.1992 | 11.09.1992 | ☐ Yes | ☑ No | THAILAND | 11 |
| 09.06.1989 | 09.27.1989 | ☐ Yes | ☑ No | UNITED KINGDOM | 21 |
| 08.31.1986 | 09.07.1986 | ☐ Yes | ☑ No | CANADA | 7 |
| 09.14.1985 | 10.05.1985 | ☐ Yes | ☑ No | UNITED KINGDOM, SWITZ. FRANCE | 21 |
| 03.21.1985 | 03.27.1985 | ☐ Yes | ☑ No | UNITED KINGDOM | 6 |
| 09.26.1984 | 10.03.1984 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 01.27.1984 | 02.03.1984 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 10.30.1982 | 11.09.1982 | ☐ Yes | ☑ No | MEXICO | 10 |
| 09.13.1981 | 09.29.1981 | ☐ Yes | ☑ No | UNITED KINGDOM | 7 |
| 12.21.1980 | 01.04.1981 | ☐ Yes | ☑ No | UNITED KINGDOM | 14 |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |

| **Part 8. Information About Your Marital History** *(Continued)* | Write your INS "A"- number here: A 0 3 5 2 6 5 4 6 9 |
| --- | --- |

C. Is your spouse a U.S. citizen?  ☒ Yes   ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?   ☒ At Birth   ☐ Other

   If "Other," give the following information:

2. Date your spouse became a U.S. citizen

   `_ _ / _ _ / _ _ _ _`

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

   City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*

   A _ _ _ _ _ _ _ _

3. Spouse's Immigration Status

   ☐ Lawful Permanent Resident   ☐ Other

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*  **DEBODISCO**
   Given Name *(First Name)*  **NOEMI**
   Full Middle Name *(If applicable)*  **JANINA**

2. Prior Spouse's Immigration Status
   ☒ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other _____

3. Date of Marriage *(Month/Day/Year)*  **10/26/1984**

4. Date Marriage Ended *(Month/Day/Year)*  **12/13/1980**

5. How Marriage Ended
   ☒ Divorce   ☐ Spouse Died   ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?  **2**

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*  **SCOTT**
   Given Name *(First Name)*  **LESLIE**
   Full Middle Name *(If applicable)*  **RALPH**

2. Prior Spouse's Immigration Status
   ☒ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other _____

3. Date of Marriage *(Month/Day/Year)*  **08/31/1981**

4. Date Marriage Ended *(Month/Day/Year)*  **12/03/1992**

5. How Marriage Ended
   ☒ Divorce   ☐ Spouse Died   ☐ Other _____

PART 8F CONTINUED

1. Prior Spouse's Family Name (Last Name)    Given Name (First Name)    Full Middle Name (if applicable)

CARLNES    DONNA    LEE

2. Prior Spouse's Immigration Status    3. Date of Marriage (Month Day, Year)    4. Date Marriage Ended (Month Day, Year)

06 05 1976    10 11 1984

- [x] U.S. Citizen
- [ ] Lawful Permanent Resident
- [ ] Other _____

5. How Marriage Ended
- [x] Divorce    [ ] Spouse Died    [ ] Other

| Part 9. Information About Your Children |
|---|

Write your INS "A"- number here:

A 035 265 469

**A.** How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

0

**B.** Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |

| Part 10. Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☑ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?  ☐ Yes  ☑ No

5. Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☑ No

6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☑ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☑ No

Form N-400 (Rev. 07/23/02)N Page 6

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: <br> A 0 3 5 2 6 5 4 6 9 |

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?    ☑ Yes    ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1.  THE SIERRA CLUB | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?    ☐ Yes    ☑ No

   b. Any other totalitarian party?    ☐ Yes    ☑ No

   c. A terrorist organization?    ☐ Yes    ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?    ☐ Yes    ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?    ☐ Yes    ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?    ☐ Yes    ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?    ☐ Yes    ☑ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?    ☐ Yes    ☑ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?    ☐ Yes    ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?    ☐ Yes    ☑ No

**Part 10. Additional Questions** *(Continued)*

**D. Good Moral Character**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?  ☐ Yes  ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?  ☐ Yes  ☒ No

17. Have you **EVER** been charged with committing any crime or offense?  ☐ Yes  ☒ No

18. Have you **EVER** been convicted of a crime or offense?  ☐ Yes  ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes  ☒ No

21. Have you **EVER** been in jail or prison?  ☐ Yes  ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard?  ☐ Yes  ☒ No

    b. been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☒ No

    d. been married to more than one person at the same time?  ☐ Yes  ☒ No

    e. helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☒ No

    f. gambled illegally or received income from illegal gambling?  ☐ Yes  ☒ No

    g. failed to support your dependents or to pay alimony?  ☐ Yes  ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?  ☐ Yes  ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A 0 3 5 2 6 5 4 6 9

**E. Removal, Exclusion, and Deportation Proceedings**

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☒ No

**F. Military Service**

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

**G. Selective Service Registration**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

    If you answered "NO", go on to question 34.

    If you answered "YES", provide the information below.

    If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

    Date Registered (Month/Day/Year) [          ]   Selective Service Number [ __ / _____ / __ ]

    If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H. Oath Requirements** *(See Part 14 for the text of the oath)*

Answer questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

Write your INS "A"- number here:
A 0 3 5 2 6 5 4 6 9

## Part 11. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Date (Month/Day/Year)

Your Signature _Bernad John Harrison_

0 9 / 2 8 / 2 0 0 5

## Part 12. Signature of Person Who Prepared This Application for You (if applicable)

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

N/A

Preparer's Signature

Date (Month/Day/Year)
___/___/____

Preparer's Firm or Organization Name (If applicable)

Preparer's Daytime Phone Number
(    )

Preparer's Address - Street Number and Name

City

State

ZIP Code

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

## Part 13. Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date (Month/Day/Year)

Complete Signature of Applicant

Officer's Signature

## Part 14. Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

**BERNARD J. HARRISON**
LIC. N7103322
83 FOUNTAIN ST.
SAN FRANCISCO, CA 94114

11—4288/4000
1210
0025528670

2216

Date 9/28/2005

Pay to the
Order of  U.S. Citizenship & Immigration Services  $ 390.00

Three hundred & ninety dollars only  Dollars

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

Valued
Customer
Since 1984

Memo  N400 Fee + Biometrics Fee

⑉121042882⑉00255286 70⑉ 2216

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>October 20, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400     Application For Naturalization | | | INS A#<br>A 035 265 469 |
| APPLICATION NUMBER<br>WSC*001389651 | RECEIVED DATE<br>October 03, 2005 | PRIORITY DATE<br>October 03, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

BERNARD JOHN HARRISON
83 FOUNTAIN ST
SAN FRANCISCO CA 94114

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
                          ON
TENPRINTS QA REVIEW BY:
                          ON   NOV 4 - 2005

To process your application, INS must take your fingerprints and have them cleared by the FBI.  **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**  If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.  **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO CA 94111 | 11/04/2005<br>01:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.     APPLICANT COPY

APPLICATION NUMBER
WSC*001389651

| **WARNING!** |
|---|
| *Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.* |

EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration services

**N—652, Naturalization Interview Results**

---

A#:    A35265469

On February 15, 2006, you were interviewed by USCIS officer Xiao

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English Language ability and/or knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ ———— read/_____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ____✗____ **A decision cannot yet be made about your application.**

**It is very important that you:**                          PENDING FOR
                                                             SECURITY CHECKS

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your fall name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N.6S2 (Rev. 01114105)N

EXHIBIT  D



**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

## U.S. Citizenship
## and Immigration
## Services

Monday, February 26, 2007

BERNARD HARRISON
83 FOUNTAIN STREET
SAN FRANCISCO CA 94114

Dear BERNARD HARRISON:

On 02/23/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 10/03/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | HARRISON, BERNARD |
| **Your USCIS Account Number (A-number):** | A035265469 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-26-2007 02:44 PM EST

EXHIBIT E

## Bernard Harrison

**From:**    Ishimoto, Harriet [Harriet.Ishimoto@mail.house.gov]
**Sent:**    Friday, May 18, 2007 9:40 AM
**To:**      Bern Harrison
**Subject:**  RE: FBI Security Clearance for Bernard Harrison's Pending Immigration Case

When I can. All I will be confirming is that your case is pending. As I mentioned, I do not close a case until your clearance comes through.

---

**From:** Bern Harrison [mailto:bjha@mindspring.com]
**Sent:** Thursday, May 17, 2007 6:03 PM
**To:** Ishimoto, Harriet
**Subject:** FBI Security Clearance for Bernard Harrison's Pending Immigration Case

Hello Harriet,

It has been two months since I delivered to you the information you needed for my case. Could you please tell me how long this formal inquiry to the FBI may take before I can expect confirmation of the status of my case.

Thank you so much.

Bernard J. Harrison

---

**From:** Ishimoto, Harriet [mailto:Harriet.Ishimoto@mail.house.gov]
**Sent:** Monday, March 12, 2007 4:20 PM
**To:** pbir@mindspring.com
**Subject:** FBI Security Clearance for Your Pending Immigration Case

March 12, 2007

Subject:  FBI Security Clearance for Your Pending Immigration Case

Dear Benard John Harrison:

Thank you for your interest in contacting Congresswoman Nancy Pelosi about your immigration case pending with the US Citizenship and Immigration Services. According to the information I received from you and/or USCIS, the security clearance aspect of your case is pending with the Federal Bureau of Investigation.

Since your case has been pending for more than six months in the FBI system, I will initiate a formal inquiry to the FBI. Once I make this initial inquiry, I will include your case in any follow up inquiries that I make to the FBI until clearance is received. I will only be confirming the status of your case as the FBI will not disclose any details of or expedite any immigration-related cases.

Please let me know if you should receive your clearance in the interim. It is also important for me to know if other relevant information has changed, such as your address.

In order to include your case under this procedure, please provide me with the following information by email, fax, or mail in the format indicated below:

2/26/2008

EXHIBIT F

1.  Your name as it written in your passport and any "also known as".
2.  Your date of birth.
3.  Your alien registration number.
4.  Your country of origin.
5.  The date of your first fingerprinting for name check clearance.
6.  Your social security number (For consumer security reasons, please do not include this information in a return email. Please phone, fax, or mail this information to me.)

If you have already received your clearance or do not wish to participate in this program, please respond accordingly.

Thank you for your consideration.

Regards,
Harriet Ishimoto
================================================

Harriet Ishimoto
Immigration Specialist
Office of Congresswoman Nancy Pelosi
450 Golden Gate Avenue
San Francisco, CA 94102
Phone:  415 556-4862
Fax:  415 861-1670
Email:  harriet.ishimoto@mail.house.gov
http://www.house.gov/pelosi

To:     Harriet Ishimoto
        Immigration Specialist
        Office of Congresswoman Nancy Pelosi

From:   Bernard John Harrison
        83 Fountain Street
        San Francisco, CA. 94114
        bjha@mindspring.com
        (415) 285-7317

Date: March 13, 2007

Subject:  FBI Security Clearance for My Pending Immigration Case

Thank you for agreeing to make a formal inquiry on my behalf to the FBI
regarding my immigration case, which is pending for a security clearance.  Here
is the information you requested.   In addition to what you requested, I have
added a history of fingerprinting for my alien registration card and its renewal,
since the process was delayed twice due to fingerprinting problems.  I am
concerned that is may be happening again.

1. HARRISON, BERNARD JOHN
2. Date of Birth:  04/25/1950
3. Alien Registration #:  A35265469
4. Country of Origin:  UNITED KINGDOM
5. Date of Fingerprinting for Application for Naturalization: November 4,
   2005, as shown attached.
6. SSN: 396 78 2508

Dates of Fingerprinting for Green Cards
1. Summer 1976 for first alien registration card at US Embassy in London.  A
   permanent resident card was issued as shown attached.
2. Spring 1995 when the original card was replaced with new kind of
   renewable card.  I was fingerprinted on two separate occasions.  The first
   set were said to be "no good" so I was fingerprinted a second time.  A
   permanent resident card was issued as shown attached.
3. Summer 2005, when the card was renewed.  I submitted biographic data
   (including fingerprints) on two separate occasions. The first set were said
   to "not correspond with the information contained in the alien registration
   file," so I gave biographic data a second time.  A permanent resident card
   was issued as shown attached.

Thankyou

February 7, 2008

Morgan Galli
Constituent Services Representative
Office of Dianne Feinstein
1 Post Street, Suite 2450
San Francisco, Ca, 94104

Dear Morgan Galli:

In October of 2005, I applied for U.S. citizenship. I was born in England and have resided in San Francisco for 32 years. I have no criminal record. On February 15, 2006, I received a letter from the Department of Homeland Security notifying me that I had passed the tests of English and U.S. history, and that my application is "Pending for Security Checks." In February, 2007, after waiting a year, I contacted by phone two Immigration Officers, and in person met with another at the local office on Washington Street. All three have told me the same thing—that my application is with the FBI, which is conducting fingerprint and name checks. Then today, another year later, February 2008, I spoke with an immigration officer who told me my case is still pending the name check and that the wait could be indefinite.

I am writing to request your help. I hope that Diane's Feinstein's office can verify my status with the FBI and possibly assist me in getting clearance. This would be a huge help to me as I feel I have fallen into a black hole as the years have gone by, and I wish to be able to participate in the electoral process in November.

Thank you.

Sincerely,

Bernard John Harrison
83 Fountain Street
San Francisco. CA 94114

415 285-7317
bjhar@comcast.net

Attachments
I-797C
N-652

EXHIBIT G

P:_____
(For Senator Feinstein Staff Use Only)

**U.S. Senator Dianne Feinstein**
**1 Post Street, Suite 2450**
**San Francisco, California 94104**
**Fax: 415-393-0710**

## IMMIGRATION ASSISTANCE REQUEST FORM

### PLEASE CLEARLY TYPE OR PRINT

Name: __BERNARD JOHN HARRISON__ Date: __2/7/2008__
Street Address: __83 FOUNTAIN ST.__ Apt. #: _____
City: __SAN FRANCISCO__ State: __CA__ Zip Code: __94114__
Home Phone: (__415__) __285-7317__ Work Phone: (____)_____
E-mail Address: __BJHAR @ COMCAST. NET__

**Attention Attorneys: You must attach a copy of the G-28**

### SECTION 1:

    **A.** Name of the Petitioner: __BERNARD JOHN HARRISON__
       Alien Registration Number (Green Card): A#__035 265 469__
       Name of the Beneficiary: __SAME__
       Date of Birth (MM/DD/YY): __04/25/50__ Country of Birth: __UNITED KINGDOM__
       Alien Registration Number (Green Card): A#__SAME__

       Petition Receipt Number (usually begins with "WAC"): __WSC * 001389651__

    **B.** FORM(S) FILED: [Mark an 'X' to the right of the forms you have already filed.]

| G-639: | | I-131: | | I-600: | | N-400: | X |
|--------|--|--------|--|--------|--|--------|---|
| I-90: | | I-140: | | I-600A: | | N-526: | |
| *I-129: | | I-360: | | I-751: | | N-565: | |
| I-129F: | | I-485: | | I-765: | | N-600 | |
| I-130: | | I-539: | | I-824: | | N-643: | |

    *Please specify the visa category              OTHER: _____

    **C.** INS OFFICE WHERE FORM WAS FILED (Please circle appropriate city)

Los Angeles  Fresno  Sacramento  San Diego  (San Francisco)  San Jose  Laguna Niguel  Other: ___ ___ ___

### LOCATION OF CASE

   ➤ If your case is currently pending an **FBI name check**, please go to **Section 2.**

   ➤ If your case is currently at the **National Visa Center**, please go to **Section 3.**

   ➤ If your case is currently at a **U.S. Embassy or Consulate**, please go to **Section 4.**

   ➤ If none apply, please skip to **Section 5.**

**SECTION 2:**  *Complete this section if you have been advised by USCIS that your case is pending with the FBI for NAME CHECK clearance*

Before we can begin an inquiry with the FBI our office will need an **Immigration Assistance Request Form** <u>for each beneficiary</u>. You must include the following information in Section 1A: Full name (including middle name), Date of Birth, Country of Birth, Alien Registration number.

Case priority date: ___10 3 2005___  Date that case was sent to the FBI: ___11 04 2005___
(From USCIS Notice of Action)

*Proceed to section 5*

**SECTION 3:**  *Complete this section if your case is currently at the Department of State NATIONAL VISA CENTER*

Case Number (or Receipt Number): _____

Preference Category: _____   Case Priority Date: _____

Foreign State Chargeability: _____

ATTACH THE MOST RECENT CORRESPONDENCE FROM NVC or USCIS.

*Proceed to section 5*

**SECTION 4:**  *Complete this section if your case is at a U.S. EMBASSY or U.S. CONSULATE*

Case Number: _____

Embassy or Consulate location (City and Country): _____

ATTACH COPIES OF THE MOST RECENT CORRESPONDENCE YOU HAVE RECEIVED FROM NVC or THE CONSULAR OFFICE REGARDING THIS CASE.

*Proceed to Section 5*

**SECTION 5:**

- o  On a separate sheet of paper, please describe briefly what problems you are experiencing with this case and how Senator Feinstein might be able to assist you.
- o  Include a copy of the most recent correspondence from the USCIS, National Visa Center and/or U.S. Embassy or U.S. Consulate.
- o  Form should be signed by the <u>petitioner</u>. For FBI name check cases, please provide both signatures.
- o  Mail or fax this form to the Senator's San Francisco office.

**SIGNATURE**
    I authorize United States Senator Dianne Feinstein to make an inquiry on my behalf.

Petitioner's Signature: _____   Date: ___2 7 2008___

Beneficiary's Signature: _____   Date: _____

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

February 22, 2008

Mr. Bernard Harrison
83 Fountain St
San Francisco, California 94114

Dear Mr. Harrison:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
  ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

April 18, 2008

Mr. Bernard Harrison
83 Fountain St
San Francisco, California 94114

Dear Mr. Harrison:

The Federal Bureau of Investigation has told me your name check, received on November 13, 2005, is still pending. There is no way to determine when the name check will be completed. If you haven't heard about the status of your case from USCIS within six months, please contact our office and we will make a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

<u>PROOF OF SERVICE BY MAIL</u>

I, Lisa Weissman-Ward, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On May 16, 2008, I caused to be served the within:

**DECLARATION OF BETH FEINBERG IN SUPPORT OF PETITION FOR**

**NATURALIZATION PURSUANT TO 8 U.S.C. § 1447(b)**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Avenue
> Tenth Floor, Box 36055
> San Francisco, CA  94102

Executed on May 16, 2008 at San Francisco, California.  I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.



Lisa Weissman-Ward
Declarant