AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California    **E-filing**

| | |
|---|---|
| Bernard John HARRISON | ) |
| Plaintiff | ) CV 08    2519 |
| v. | ) Civil Action No. |
| Rosemary MELVILLE, in her Official Capacity, et al. | ) |
| Defendant | ) |

MMC

## Summons in a Civil Action

To:   Rosemary MELVILLE, District Director, USCIS, DHS; Robin BARRETT, Field
      *(Defendant's name)* Office Director, USCIS, DHS; Jonathan SCHARFEN, Acting
      Director, DHS; Michael CHERTOFF, Secretary, DHS;
A lawsuit has been filed against you.   Michael MUKASEY, Attorney General, USDOJ; Robert
      MUELLER, III, Director, FBI

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marc Van Der Hout
Beth Feinberg
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  MAY                                      MARY ANN BUCKLEY
                                                 Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*