1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
   BERNARD HARRISON,                )        No. C 08-2519 MMC
12                                  )
                       Plaintiff,   )
13                                  )
          v.                        )
14                                  )
   ROSEMARY MELVILLE, District      )        STIPULATION TO DISMISS AND
15 Director; et al,                 )        [PROPOSED] ORDER
                                    )
16                     Defendants.  )
                                    )
17  _____)

18        Plaintiff, by and through his attorneys of record, and Defendants, by and through their

19  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

20  entitled action without prejudice in light of the fact that the United States Citizenship and

21  Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and will

22  do so within 30 days of the dismissal of this action.  The parties agree that the Court shall retain

23  jurisdiction to enforce this order.

24  ///

25  ///

26  ///

27  ///

28  ///

   JOINT DISMISSAL
   C 08-2519 MMC

1    Each of the parties shall bear their own costs and fees.

2

3   Dated: July 10, 2008                          Respectfully submitted,

4                                                 JOSEPH P. RUSSONIELLO
                                                  United States Attorney
5

6
                                                  _____/s/_____
7                                                 MELANIE L. PROCTOR[1]
                                                  Assistant United States Attorney
8                                                 Attorneys for Defendants

9
    Dated: July 9, 2008                           _____/s/_____
10                                                BETH FEINBERG
                                                  Van Der Hout, Brigagliano & Nightingale, LLP
11                                                Attorneys for Plaintiff

12
                                          **ORDER**
13
         Pursuant to the stipulation of the parties, IT IS SO ORDERED.
14

15   Dated:  July 10, 2008                        _____
                                                  MAXINE M. CHESNEY
16                                                United States District Judge

17

18

19

20

21

22

23

24

25

26

27   _____

28      [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

     JOINT DISMISSAL
     C 08-2519 MMC                        2